IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHERMAN L. HINSON,
     Petitioner,

vs.                                              Case No. 3:07cv258/MCR/EMT

JAMES R. McDONOUGH,
      Respondent.
_____/

## ORDER

     This cause is before the court on Respondent's motion to dismiss the habeas petition for lack of jurisdiction (Doc. 18).  Petitioner shall now be required to respond to Respondent's motion.

     Accordingly, it is **ORDERED**:

     Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion to dismiss.

     **DONE AND ORDERED** this 27th day of December 2007.


                                     */s/ Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**