**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SHERMAN LAVELL HINSON, #138391,
    Petitioner,

vs.                        Case No.:  3:07cv258/MCR/EMT

JAMES R. MCDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 25, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's habeas petition (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.

    **DONE AND ORDERED** this 9th day of April, 2008.

                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE**